FILED
JUN 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United State District Court
For The District of Columbia

Timothy Washington
1514 8th St. N.W.
Wash. D.C. 20001
"202" 232-1932

CASE NUMBER   1:06CV01101
JUDGE: Richard W. Roberts
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 06/15/2006

**JURY ACTION**

Vs.

Mayor: Anthony Williams
For The District of Columbia

Chairman: Linda W. Cropp
The Council For the District of Columbia

Stephaine Gray
300 Indiana Ave. N.W. suite 2070
Washington D.C. 20001-2902
"202" 585-7482

Law: Mr Washington: Registration as a sex offender Violates; "Double Jeopardy Clause, Expost Facto, Deny Equal Protection and Due Process of The Constitution

Mr. Washington, was charge with a sex offense in 1977 and sentence to 15 years Youth Act. This youth Act expire in 1993. The Registration Act of 1999 is Punitive in nature when apply to my case.

RECEIVED
MAY 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Law: Mr. Washington, sentence is under D.C. Old Law Therefore my YouthAct is Expunge Material.

## Complaint

Ms. Gray, Mr. William and Ms. Cropp registration of me went beyond in overstep of bounds of propriety, but an invasion of my Constitution Right. Their "actions" has landed me in "Slavery"

① The fact that I'm being "Force" to participant in any programs. ② Compliance is a requirement or mandatory condition for me. There are "Sanctions" that attached to an expire sentence

③ To impose monetary and imprisonment Penalties on Mr. Washington expired sentence, Violate the Constitution in Application, because the debt been Paid in "full"

Secondly I'm made to register as a life time offender, solely on the basic of a Burglary charge which I caught after the expiration of the sex offense which in question here. Ms. Gray explain to me, that had I not caught another offense, than I wouldn't have to Register at "all"

They Target only incarcerated Person. Thus given a "Passes" to Person on the Street That on Parole, Prostitution ect. - Thus Violating Due Process and denying me Equal Protection under the Law

To be enslave: Damages "Mental anguish"
① Request one Million Dollar.
② To be expunge or eradicate from the Registration Act of 1999 or 2000.

Mr. Washington is Requesting for a Trial By Jury.

Hand Delivery By: Timothy Washington 5-31-06
Copy:          Timothy Washington
               Mr. Timothy Washington
               1514 8th Street Northwest
               Washington D.C. 20001