**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TIMOTHY WASHINGTON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Civil Action No. 06-1101 (RWR)** |
| | : |
| | : |
| **ANTHONY WILLIAMS, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

**MAYOR ANTHONY WILLIAMS AND CHAIRMAN CROPP'S *NUNC PRO TUNC*
MOTION FOR LEAVE TO FILE A DISPOSITIVE MOTION**

Mayor Anthony Williams and Chairman Cropp,[1] by and through undersigned counsel,

hereby submits this *nunc pro tunc* motion for leave to file a dispositive motion.[2]  A

Memorandum of Points and Authorities in support of this Motion, along with a proposed Order,

is attached hereto.

Pursuant to Local Rule 7.1(m), on August 8, 2006, undersigned counsel called the

number listed in the record and left a message for the plaintiff.  As of the date the instant motion

was filed, undersigned counsel has not received a responsive telephone call from Mr.

Washington.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] Chairman Cropp does not waive service by filing the instant Motion.
[2] Stephanie Gray, the other defendant, is not a District employee and is not represented by the Office of
the Attorney General.

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

/s/ Dana K. DeLorenzo /s/
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2006, a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was mailed postage prepaid to:

Timothy Washington
1514 8th Street, NW
Washington, DC 20007

/s/ Dana K. DeLorenzo /s/
Dana K. DeLorenzo
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TIMOTHY WASHINGTON,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **: Civil Action No. 06-1101 (RWR)** | |
| | **:** | |
| | **:** | |
| **ANTHONY WILLIAMS, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING *NUNC PRO TUNC*
MOTION FOR LEAVE TO FILE A DISPOSITIVE MOTION**

Mayor Williams and Chairman Cropp, by and through undersigned counsel, hereby

submit this *Nunc Pro Tunc* Motion for leave to file a dispositive Motion.  In support of this

Motion, the defendants state as follows:

1.    The plaintiff filed the instant Complaint on June 15, 2006.

2.    The record reflects that the Mayor's designee was served on July 10, 2006.  Therefore,

according to the record, the Mayor's dispositive Motion or Answer would be due on July

31, 2006.

3.    The record reflects that Tabatha Braxton signed the Affidavit of Service for Chairman

Cropp on July 10, 2006.  However, upon information and belief, Ms. Braxton was not

authorized to accept service on behalf of Chairman Cropp.  Chairman Cropp plans to

challenge service of process.

4.    The Office of the Attorney General did not obtain a copy of the paperwork served on the

Mayor's designee until August 2006, after the deadline for filing a dispositive Motion

expired.

5.      The Office of the Attorney General wishes to file a dispositive Motion on behalf of both the Mayor and Chairman Cropp and submits that there is ample good cause to grant this relief.

6.      Both defendants request that they be given until August 23, 2006, to file a dispositive Motion.

7.      The defendants submit that such a brief delay will not prejudice the plaintiff.  According to the record, the other defendant's Answer or dispositive Motion is not due until August 17, 2006 and no further scheduling order has been put in place.

WHEREFORE, Mayor Williams and Chairman Cropp respectfully request that the Court grant them leave to file a dispositive Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

/s/ Dana K. DeLorenzo /s/
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TIMOTHY WASHINGTON,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 06-1101 (RWR)** |
| | **:** | |
| | **:** | |
| **ANTHONY WILLIAMS, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**ORDER GRANTING MAYOR WILLIAMS' AND CHAIRMAN CROPP'S *NUNC PRO TUNC* MOTION FOR LEAVE TO FILE A DISPOSITIVE MOTION**

Upon consideration of the *Nunc Pro Tunc* Motion for Leave to File a Dispositive Motion, any opposition thereto, and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED:    that the *Nunc Pro Tunc* Motion is GRANTED; and it is

FURTHER ORDERED:        that the Mayor and Chairman Cropp shall file their dispositive motion on or before August 23, 2006.


_____
Judge Richard W. Roberts