UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY WASHINGTON,   )<br>   )<br>      Plaintiff,   )<br>   )<br>v.   )<br>   )<br>ANTHONY WILLIAMS, *et al.*,   )<br>   )<br>      Defendants.   )<br>   ) | Civil Action No.: 06-1101 (RWR) |

**DEFENDANT'S PROTECTIVE NOTICE FOR ENLARGEMENT OF
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Stephanie Gray, a federal employee of the Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA"), respectfully files this protective notice for enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure[1].

Plaintiff, *pro se*, filed this <u>Bivens</u> action against numerous employees of the District of Columbia and one federal employee of CSOSA on June 15, 2006. Plaintiff appears to have sued each of the defendants in their official and individual capacity. Plaintiff, however, has not completed proper service of federal defendant Stephanie Gray at this time.

It appears that the clerk's office, not realizing that this matter involves a federal defendant, only gave the parties 20 days from July 7, 2006 to respond. Pursuant to Fed. R. Civ. P. 12(a)(3), however, the United States, an agency of the United States, or an officer or employee of the United States sued in an official and individual capacity should serve an answer to the complaint within 60

---

[1] In making this motion for an extension of time, the defendant Stephanie Gray does not waive any defense or defenses available to her under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

days after service on the officer or employee, or service upon the United States Attorney, <u>whichever is later</u>. It is unclear how and when federal defendant Gray was served in this matter. Additionally, there has been no service upon the United States Attorney's Office for the District of Columbia at this time. Therefore, there is no current pending deadline to file an answer or otherwise respond to the complaint for defendant Gray.

The summons should be corrected to reflect that defendant Gray has 60 days to answer from the date of service upon the United States Attorney's Office for the District of Columbia.

Pursuant to Local Rule 7(m) counsel attempted to contact plaintiff at the number listed on the docket sheet and was informed that plaintiff is no longer at that number, therefore, defendant cannot represent plaintiff's position on this motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

## Certificate of Service

I certify I caused copies of the foregoing Defendant's Protective Notice for Enlargement to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Timothy Washington
1514 8th Street, N.W.
Washington, D.C.  20007


on this 9th day of August, 2006.

                                                /s/
                                      JOHN HENAULT, D.C. BAR # 472590
                                      Assistant United States Attorney