PRAECIPE

# United States District Court
# for the District of Columbia

the __16__ day of __Aug.__ 19 __2006__

__Timothy Washington__
vs.
__Anthony William, ET. AL__

Civil / Criminal Action No. __06-1101 RWR__

The Clerk of said Court will ~~be~~ Change my address

Old Address 1514 - 8th St. N.E. Wash. DC 20003

New Address -- 1425 Saratoga Ave. N.E. Washington D.C. 20018
526-5126

Date __8-16-06__

Signature __Timothy Washington__

Print Name __Timothy Washington__

BAR IDENTIFICATION NO.

Address

City    State    Zip Code

Phone Number

RECEIVED
AUG 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I will mail this on 8-17-06 I, Timothy Washington will mail a copy of this Praecipe to Dana Delorenzo 441 4th St N.W. W. DC 2006