9-25-06

United State District Court
For The District of Columbia

Timothy Washington
  Plaintiff                    Civil Action No# 06-1101 (RWR)
    vs.
Anthony Williams, et al.,
  Defendants

Pla. Opposite to Dfts. Motion to Dismiss

Linda Cropp at the request of the Mayor introduce the following resolution to approve propose rules to amend Chapter 4 Title 6A of the District of Columbia Municipal Regulation concerning the Guideline for the Registration of sex offender.

Definitions: "Act" mean the Sex Offender Registration Act of 1999.

Law: Registration act of 1999, Violate the 13th Amend. of the Constitution: ① I should not be "Force" to participant in any programs, ② To impose monetary and imprisonment Penalties on Mr. Washington expired sentence Violate the Constitution 13th Amend.

RECEIVED
SEP 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony Williams, submitted proposed rule that violated, Mr. Washington Constitution's rights. Linda Cropp read over these or this Resolution and agree. Stephanie Gray enforce the rule wrongly on Mr. Washington

This action has landed me in Slavery, Mr. Williams and Ms. Cropp is directly responsible for putting me in this Condition.

1. Mr. Washington request a hearing
2. To be Expunge or eradicate from the Registeration Act of 1999.
3. Request one Million Dollar for damages

Mr. Washington request a Trial by Jury

Hand Delivery by Timothy Washington 9-25-06

To the Clerk of District Court

Timothy Washington
1425 Saratoga Ave. N.E.
Washington D.C.
202 526-5126

Certificate of Service

I, will mail a Copy of this opposite to
Dana Delorenze          NO# 202-724 6515
555 4th Street N.W.
Washington D.C. 2001    Hand delivery on 9-25-06
                        Timothy Washington