UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY WASHINGTON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-1101 (RWR) |
| : | |
| **ANTHONY WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

**MAYOR ANTHONY WILLIAMS AND CHAIRMAN LINDA CROPP'S REPLY TO THE PLAINTIFF'S OPPOSITION TO THEIR MOTION TO DISMISS**

Mayor Anthony Williams and Chairman Linda Cropp,[1] ("defendants"), by and through undersigned counsel and the Office of the Attorney General, hereby submit this Reply to the plaintiff's Opposition to their Motion to Dismiss. The plaintiff's Complaint essentially challenges the District's Sex Offender Registration Act ("SORA"). The plaintiff contends that SORA violates the *Ex Post Facto*, Double Jeopardy, Equal Protection and Due Process Clauses.

In their Motion, the defendants argued: (1) any claims against Chairman Cropp in her individual or official capacity should be dismissed because she has not been served and because she has legislative immunity; (2) any claims against Mayor Williams in his individual or official capacity should be dismissed for failure to state an actionable claim or, alternatively, because the Mayor is entitled to qualified immunity; and (3) the plaintiff has failed to state a claim upon which relief can be granted against these defendants because, based on recent precedent from the Supreme Court and District of Columbia Court of Appeals, this Court must conclude as a matter of law that the District's Sex Offender Registration Act does not violate the *Ex Post Facto*,

---

[1] Chairman Cropp does not waive service by filing the Motion and Reply.

1

Double Jeopardy or Due Process Clauses.  Moreover, the plaintiff's Equal Protection challenge only requires rational basis review and survives judicial scrutiny.

The plaintiff's two-page Opposition offers no additional legal or factual information other than that which was in his original Complaint.  Notably, the plaintiff's Opposition does not rebut any of the defendants' substantive legal arguments.  Accordingly, the Court should dismiss all of the plaintiff's claims against these defendants for the reasons cited in their Motion.

WHEREFORE, the defendants respectfully request that the Court dismiss all of the plaintiff's claims against Mayor Williams and Chairman Cropp.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                */s/ Nicole Lynch   /s/*
                NICOLE LYNCH [471953]
                Section Chief
                General Litigation Section II

                */s/ Dana K. DeLorenzo /s/*
                DANA K. DELORENZO [468306]
                Assistant Attorney General
                441 4th Street, N.W., 6S61
                Washington, D.C. 20001
                (202) 724-6515
                (202) 727-3625 (fax)
                Dana.delorenzo@dc.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on <u>September 29, 2006</u>, a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via the Court's electronic filing system to the parties and mailed postage prepaid to:

> Timothy Washington
> 1425 Saratoga Avenue, NE
> Washington, DC 20018

                                     */s/ Dana K. DeLorenzo /s/*
                                     Dana K. DeLorenzo
                                     Assistant Attorney General