UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TIMOTHY WASHINGTON,**          :
                                 :
    **Plaintiff,**         :
                                 :
v.                               : Civil Action No. 06-1101 (RWR)
                                 :
                                 :
**ANTHONY WILLIAMS, et al.,**    :
                                 :
    **Defendants.**        :
                                 :

## NOTICE OF SUBSTITUTION OF APPEARANCE

Will the Court please substitute the appearance of Assistant Attorney General Dana K. DeLorenzo on behalf of Mayor Fenty with Section Chief Phillip A. Lattimore, III, who is now entering his appearance on behalf of Mayor Fenty.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division


    _____/s/_____
    PHILLIP A. LATTIMORE, III [422968]
    Section Chief
    General Litigation Section III
    Sixth Floor South
    441 4th Street, N.W.
    Washington, D.C. 20001
    (202) 442-9874
    (202) 727-3625 (fax)
    E-Mail: Phillip.lattimore@dc.gov

     /s/
     DANA K. DELORENZO
     Assistant Attorney General
     Bar Number 468306
     Sixth Floor South
     441 4th Street, N.W.
     Washington, D.C. 20001
     (202) 727-7164
     (202) 727-3625 (fax)
     E-Mail: dana.delorenzo@dc.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2007, a copy of the foregoing Notice was sent via the Court's electronic filing system to the parties and mailed postage prepaid to:

  Timothy Washington
  1425 Saratoga Avenue, NE
  Washington, DC 20018

     */s/ Dana K. DeLorenzo /s/*
     Dana K. DeLorenzo
     Assistant Attorney General