**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | No. 06-1101 (RWR) |
| ) | |
| v. ) | |
| ) | |
| ANTHONY WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

This matter comes before the Court on federal defendant Stephanie Gray's motion to dismiss. Upon consideration of all relevant pleadings, applicable law, and the record herein, it is this ____ day of _____, 2007, hereby,

ORDERED, that defendant Gray's motion is GRANTED. Plaintiff's claims against Stephanie Gray are hereby DISMISSED with prejudice.

_____
Richard W. Roberts
United States District Judge