UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY WASKINGTON, )<br>)<br>         Plaintiff )<br>v. )<br>)<br>ADRIAN FENTY, )<br>)<br>         Defendant. )<br>) | Civil Action No.: 06-1101 (RWR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney John F. Henault as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2007, I caused the foregoing Praecipe to be served on plaintiff, via first class United States Mail:

**TIMOTHY WASHINGTON**
1514 8th Street, N.W.
Washington, D.C.  20007


/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov