UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TIMOTHY WASHINGTON,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1101 (RWR) |
| **ADRIAN FENTY,** *et al.*, | ) | |
| Defendants. | ) | |

**AMENDED ORDER**

The Order entered on June 25, 2007, is hereby amended as follows.  Defendant Stephanie Gray has filed a motion to dismiss.  Because defendant's motion could potentially dispose of part or all of this case, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court.  *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within … such … time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party must or may act within a prescribed period after service and the service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the prescribed period would otherwise expire.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined in this Order. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined in this Order. Thus, failure to respond to the defendant's motion in this case carries with it the risk that this case will be dismissed or that judgment will be entered for the movants. It is hereby

**ORDERED** that plaintiff shall file his response to defendant's motion to dismiss [Docket # 17] no later than **December 13, 2007**. If plaintiff does not respond by that date, the Court may treat the motion as conceded and dismiss the case against defendant Gray.

_____/s/_____
RICHARD W. ROBERTS
DATE: November 14, 2007                United States District Judge