**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY WASHINGTON, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ADRIAN FENTY, *et al.*, )<br>)<br>      Defendants. )<br>_____) | Civil Action No.: 1:06-cv-01101-RWR<br><br>**DEFENDANT ADRIAN FENTY'S**<br>**NOTICE OF SUBSTITION OF COUNSEL** |

TO:   Clerk of Court.

TO:   All parties.

PLEASE TAKE NOTICE that, on this 19th day of March, 2008, Richard A. Latterell is entering his appearance, in place of former counsel Dana K. DeLorenzo, as counsel for Defendant Adrian Fenty.[1]  Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Mr. Latterell at his Washington, D.C. office address below.

                                      Respectfully submitted,

                                      PETER J. NICKLES
                                      Interim Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General, Civil Litigation Division

                                      */s/ Toni Michelle Jackson*
                                      TONI MICHELLE JACKSON [453765]
                                      Interim Chief, General Litigation Section III

                                      */s/ Richard A. Latterell*
                                      RICHARD A. LATTERELL [502127]
                                      Assistant Attorney General
                                      441 Fourth Street, N.W., Suite 6S074

---

[1] Pursuant to this Court's March 21, 2007 Order, defendants Linda W. Cropp and Anthony Williams were dismissed from this case.

        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email:  richard.latterell@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Defendant Adrian Fenty's Notice of Substitution of Counsel were sent on this 19th day of March, 2008, by electronic service and/or first class UPSC mail, to the following:

Timothy Washington, pro se plaintiff
1425 Saratoga Avenue, NE
Washington, DC 20018
(202) 526-5126

Kenneth Adebonojo
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20035
(202) 514-7157
Email: kenneth.adebonojo@usdoj.gov


        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL
        Assistant Attorney General