UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY WASHINGTON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ANTHONY WILLIAMS et al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 06-1101 (RWR) |

## ORDER

Plaintiff, proceeding *pro se,* filed this action for damages alleging that requiring his registration as a sex offender violates certain of his constitutional rights. Defendant Stephanie Gray filed a motion to dismiss on June 21, 2007. Plaintiff was permitted time through December 13, 2007 to file a response to Gray's motion to dismiss, and was warned that he did not respond, the Court could treat the motion as conceded and dismiss the case against defendant Gray. Plaintiff has not filed a response or sought additional time to do so. Accordingly, it is

ORDERED that the defendant Gray's motion [Dkt. 17] to dismiss the complaint is GRANTED as conceded. *See* Local Civil Rule 7(b). Defendant Gray is dismissed as a party from this case.

Date: May 7, 2008

/s/
RICHARD W. ROBERTS
United States District Judge