UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY WASHINGTON,** | |
| Plaintiff, | |
| v. | **Case No. 06-1101 (RWR)** |
| **ADRIAN FENTY,** | |
| Defendant. | |

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General Richard A. Latterell as attorney for Adrian Fenty, and enter the appearance of Assistant Attorney General Vanessa E. Atterbeary as attorney for Adrian Fenty. Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Atterbeary at her Washington, D.C. office address below.

Dated: July 9, 2008.                    Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Vanessa E. Atterbeary*
VANESSA E. ATTERBEARY [478070]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S-070
Washington, D.C. 20001
(202) 727-9624
(202) 727-3625 (fax)
Email: Vanessa.Atterbeary@dc.gov

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of July 2008, I filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Timothy Washington, *pro se*
1425 Saratoga Avenue, NE.
Washington, DC 20018
(202) 526- 5126

Kenneth Adebonojo
U.S. Attorney's Office
555 Fourth Street, NW
Washington DC 20035
(202) 514- 7157
Email: Kenneth.adebonojo@usdoj.gov

                                         */s/ Vanessa E. Atterbeary*
                                         VANESSA E. ATTERBEARY
                                         Assistant Attorney General